**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Ramin Golesorkhi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>RAMIN GOLESORKHI,<br><br>         Defendant. | CASE NO.  6:14-mj-00043-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO JUNE 24, 2014; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for June 3, 2014, **be continued to June 24, 2014, at 10:00 A.M.**  Mr. Golesorkhi will be out of town on June 3, 2014.

Dated:  May 28, 2014          /s/ Carol Ann Moses
                              CAROL ANN MOSES
                              Attorney for Defendant,
                              Ramin Golesorkhi


Dated:  May 28, 2014          /s/ Susan St. Vincent
                              SUSAN ST. VINCENT
                              Legal Officer
                              National Park Service

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO JUNE 24, 2014

1

**ORDER**

Good cause appearing, the above Stipulation to continue initial appearance in CASE NO.  6:14-mj-00043-MJS is hereby accepted, approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   May 28, 2014                             /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO JUNE 24, 2014

2